UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                                                              **ORDER**

                -against-                                                    20 Cr. 237 (PKC)

FELIPE GONZALEZ,

                                                  Defendant.

------------------------------------------------------------------- x

        Upon the application of defendant FELIPE GONZALEZ , through his counsel Eric Franz, Esq., and upon all proceedings previously herein, it is apparent that defendant FELIPE GONZALEZ, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

        ORDERED that pursuant to 18 U.S.C. 3006(A) (the Criminal Justice Act), that Christopher Wright, Esq., is appointed in the above captioned action as Associate Counsel, pursuant to the Eastern and Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant FELIPE GONZALEZ.  As such Christopher Wright, Esq. will be compensated in accordance with the Criminal Justice Act at the rate of $65.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:        New York, New York
                  July 29, 2020

                                                                  _____
                                                                  THE HONORABLE P. KEVIN CASTEL
                                                                   United States District Judge