UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    20 CR 237 (PKC)

        -against-                                  ORDER

FELIPE GONZALEZ,

                  Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       Sentencing previously scheduled for October 13, 2021 is adjourned to October 19, 2021 at 3:30 p.m. in Courtroom 11D.

       SO ORDERED.

                                                          P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
           October 13, 2021