

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2021

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Felipe Gonzalez*, 20 CR 237 (PKC)

Dear Judge Castel,

    The Government respectfully submits this further letter in advance of the defendant's sentencing, now scheduled for tomorrow, October 19, 2021 at 3:30 PM, and encloses for the consideration of the Court a packet consisting of multiple documents, including a notice of intent to request judicial removal, factual allegations in support of the same, a plea statement from the defendant in support of the same, a concurrence from the United States Immigration and Customs Enforcement in the request for the same, and finally a proposed order of judicial removal.  The Government anticipates that the defendant will execute the plea statement tomorrow in advance of sentencing, and the Government will supply a fully-executed copy of the packet to the Court.

                Respectfully,

                DAMIAN WILLIAMS
                United States Attorney

        By: *Thomas John Wright*
                Thomas John Wright
                Assistant United States Attorney
                (212) 637-2295

Enclosure

cc: Eric Franz (Counsel to Defendant Felipe Gonzalez) (by ECF)
    Christopher Wright (Counsel to Defendant Felipe Gonzalez) (by ECF)